UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM I. ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-30008-KAR |
| | ) | |
| MASSACUSETTS PROBATION | ) | |
| SERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

ROBERTSON, U.S.M.J. .J.

    1.    The Clerk shall issue summons for service of the defendants and the plaintiff shall serve the summons, the second amended complaint (Dkt. No. 13), consent package, and this Order upon each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

    2.    Because the plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, second amended complaint, the consent package, and this Order upon the defendants as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.

    3.    The plaintiff must complete service within 90 days from the date of the issuance of the summons. Failure to comply with this deadline may result in dismissal of this action without further notice to the plaintiff. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

    4.    The Clerk shall provide the plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and instructions. The parties shall indicate their consent or refusal

2

to the jurisdiction of the Magistrate Judge by completing and separately filing the form entitled "Notice to Parties in Pro Se Prisoner Litigation Cases." The form must be filed on paper within thirty days after the date of service on the last party.

DATED:  December 9, 2025                     /s/ Katherine A. Robertson
                                             KATHERINE A. ROBERTSON
                                             United States Magistrate Judge